**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **LONG CORNER SECURITY LLC,** | |
| Plaintiff, | Case No. 2:13-cv-824 |
| v. | |
| | **PATENT CASE** |
| **CAPITAL PAYMENTS, LLC,** **d/b/a BLUEFIN PAYMENT SYSTEMS,** | |
| | **JURY TRIAL DEMANDED** |
| Defendant. | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE,
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Long Corner Security LLC hereby

dismisses this action against Defendant Capital Payments, LLC, d/b/a Bluefin Payment Systems

("Defendant"), without prejudice.  Defendant has not served either an answer or a motion for

summary judgment in this matter.


Dated: November 11, 2013                     Respectfully submitted,


                                             /s/ *Craig Tadlock*
                                             Craig Tadlock
                                             State Bar No. 00791766
                                             Keith Smiley
                                             State Bar No. 24067869
                                             TADLOCK LAW FIRM PLLC
                                             2701 Dallas Parkway, Suite 360
                                             Plano, Texas 75093
                                             Phone: 903-730-6789
                                             craig@tadlocklawfirm.com
                                             keith@tadlocklawfirm.com

                                             ***Attorneys for Plaintiff Long Corner
                                             Security LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon all counsel of record on November 11, 2013 via the Court's CM/ECF system.  A copy of the foregoing will also be served on all known counsel for Defendant who have not appeared.


 */s/ Craig Tadlock*
Craig Tadlock